# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 01-7115　　　　　　　　　　　　　　　　　　September Term, 2004

00cv01686

Filed On: November 22, 2004

[861191]

Empagran S.A., et al.,
　　　　Appellants

　　v.

F. Hoffmann-Laroche, Ltd., et al.,
　　　　Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply:

| | |
|---|---|
| Joint Brief and Appendix for Appellants | January 10, 2005 |
| Joint Brief for Appellees | February 9, 2005 |
| Briefs for Amici Curiae in support of Appellees | February 16, 2005 |
| Joint Reply Brief for Appellants | March 3, 2005 |

As set forth in the opinion filed November 2, 2004, the parties are to address the question whether the nature of the alleged link between foreign injury and domestic effects is legally sufficient to trigger application of the FTAIA's domestic-injury exception. It is

**FURTHER ORDERED**, on the court's own motion, that the above-entitled case be scheduled for oral argument on Wednesday, April 20, 2005, at 9:30 a.m. before Circuit Judges Edwards, Henderson, and Rogers. The time and date of oral argument will not change absent further order of the Court. A further order of the Court will issue regarding allocation of time for argument.

**FOR THE COURT**:
Mark J. Langer, Clerk

BY:

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 01-7115** **September Term, 2004**

Deputy Clerk